BEFORE THE THIRD DIVISION, NOVEMBER 24, 1941

**No. 46616.**—Protest 969741–G of Edward M. Browder (San Francisco).

Opinion by KEEFE, J. It appeared from the evidence that the regulations attending free entry were fully complied with and it was conceded that the automobile is an American manufacture returned to the United States without having been advanced in value or improved in condition. It was not established at the hearing that the importer of the automobile was the exporter thereof. The claim for free entry under paragraph 1615 was therefore overruled. Abstract 32720 and *United States* v. *Gerardo Olivo* (20 C. C. P. A. 12, T. D. 45645) cited.

**No. 46617.**—Protest 25827–K of Meletio Sea Food Co. (St. Louis).

Opinion by KEEFE, J. The importer testified that the fish in question were frozen and then dipped or sprayed with water which is frozen on the outside thereof as a casing; that said casing is no part of the fish and that the weight thereof is not subject to duty. The inspector who examined and weighed the importation testified as to his procedure and a Government chemist also testified on behalf of the Government. The plaintiff admitted that he had not examined the fish in question nor was he able to identify any of the importation as having been covered with an outer glaze or casing of ice. From the evidence presented the protest was overruled.

**No. 46618.**—Protests 818223–G, etc., of Amsterdam Cheese Co. et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

NOVEMBER 22, 1941

**No. 46619.**—————————————Protest 8266–K of Atlas Marine Supply Co. Abstract 46555. Plaintiff's application for rehearing granted.